UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK SQUATRITO,<br><br>　　　　Defendant. | Case No. 2:21-cr-00005-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARK SQUATRITO ,

Case No.  2:21-cr-00005-WBS  Charge 21 USC § 841(a)(1), 841(b)(1)(B), and 846 ,

from custody for the following reasons:

　　　　X　　　Release on Personal Recognizance

　　_____　　Bail Posted in the Sum of $ _____

　　　　_____　Unsecured Appearance Bond $ _____

　　　　_____　Appearance Bond with 10% Deposit

　　　　_____　Appearance Bond with Surety

　　　　_____　Corporate Surety Bail Bond

　　　　_____　(Other):

Issued at Sacramento, California on July 09, 2021 at 2:26 PM.

　　　　　　　　　　　　By:　*/s/ Allison Claire*

　　　　　　　　　　　　　　　Magistrate Judge Allison Claire